# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | |
|---|---|
| DARION WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>ACCURATE BACKGROUND, LLC,<br><br>        Defendant. | Case No. 1:23-cv-175<br><br>**ORDER** |

Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant Accurate Background, LLC and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 8, 2023

                                                            /s/ Martha M. Pacold
                                            HONORABLE MARTHA M. PACOLD
                                            UNITED STATES DISTRICT JUDGE